IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON MICHAEL ELLIS, | No. 2:16-cv-00449-TC |
| Petitioner, | |
| v. | |
| MARK NOOTH, | JUDGMENT |
| Respondent. | |

HERNANDEZ, District Judge:

Based on the record,

IT IS ORDERED AND ADJUDGED that this action is dismissed, with prejudice. The Court declines to issue a Certificate of Appealability on the basis that petitioner has not made a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

DATED this  17  day of  December , 2016.

*Marco Hernández*
MARCO A. HERNANDEZ
United States District Judge

1 - JUDGMENT